**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

----------------------------------------------------------------

JUAN FRANCISCO ZELAYA PONCE, *et al.*   :

                                         :   Civil Action No.: 21-02596-CMR

                                         :

            Plaintiffs,   :

                                         :

      v.   :

                                         :

PHILLY TILE, INC., *et al.*   :

                                       :

            Defendants.   :

----------------------------------------------------------------

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Juan Francisco Zelaya Ponce and Juan Carlos Castillo ("Plaintiffs"), having

reached a preliminary resolution of their individual claims under the Fair Labor Standards Act

against Defendants Philly Tile, Inc. and Kyle Perlman ("Defendants") (collectively with

Plaintiffs, the "Parties"), hereby move unopposed before this Honorable Court for an Order

approving the Parties' proposed Settlement Agreement.

Plaintiffs' arguments in support of this Unopposed Motion are explained in the

accompanying Memorandum of Law and attached exhibits, which are incorporated herein by

reference.

                             Respectfully submitted,

                             **MURPHY LAW GROUP, LLC**

                By:  */s/ Michael Groh*
                      Michael Murphy, Esq.
                      Michael Groh, Esq.
                      Eight Penn Center, Suite 2000
                      1628 John F. Kennedy Blvd.
                      Philadelphia, PA 19103
                      TEL: 267-273-1054

2

FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: December 22, 2021

## CERTIFICATE OF SERVICE

I, Michael Groh, Esquire, hereby certify that on December 22, 2021, I caused a true and

correct copy of the foregoing to be filed via ECF filing, which will send notification of such

filing the following counsel:

Kevin I. Lovitz, Esquire
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
(215) 735-1996
(215) 319-7943 fax
kevin@lovitzlaw.com
Attorney for Defendants

*/s/ Michael Groh*
Michael Groh, Esq.

Dated: December 22, 2021